JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071
Telephone:   (213) 629-2020
Facsimile:    (213) 612-2499

Attorneys for Defendant James Monsees

EUGENE ILLOVSKY (SBN 117892)
eugene@illovskygates.com
KEVIN CALIA (SBN 227406)
kevin@illovskygates.com
SHARON FRASE (SBN 282923)
sharon@illovskygates.com
ILLOVSKY GATES & CALIA LLP
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone:   (415) 500-6640

Attorneys for Defendant Adam Bowen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Cole Aragona v. Juul Labs, Inc. et al.*,<br>  Case No. 3:20-cv-01928;<br>*Jordan Dupree v. Juul Labs, Inc. et al.*,<br>  Case No. 3:20-cv-03850;<br>*Jennifer Lane v. Juul Labs, Inc. et al.*,<br>  Case No. 3:20-cv-04661;<br>*Bailey Legacki v. Juul Labs, Inc. et al.*,<br>  Case No. 3:20-cv-01927;<br>*Carson Sedgwick v. Juul Labs, Inc. et al.*,<br>  Case No. 3:20-cv-03882;<br>*Matthew Tortorici v. Juul Labs, Inc. et al.*,<br>  Case No. 3:20-cv-03847 | Case No. 3:19-md-02913-WHO<br><br>**DEFENDANTS JAMES MONSEES AND ADAM BOWEN'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT JUUL LABS, INC.'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT AND NON-MANAGEMENT DIRECTOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND JUDGMENT ON THE PLEADINGS REGARDING PLAINTIFFS' AMENDED COMPLAINTS**<br><br>Date:    August 22, 2025<br>Time:   2:00 p.m.<br>Ctrm:    2, 17th Floor<br>Judge:  Hon. William H. Orrick |

Monsees & Bowen's Notice and Joinder in
JLI's and NMDs' MTD, MSJ, and Motions
for Judgment on the Pleadings
Case No.: 19-Md-02913-Who

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants James Monsees and Adam Bowen hereby join in the following motions filed by Defendant JUUL Labs Inc. ("JLI") and arguments set forth therein:

- Motion to Dismiss In Part and Motion for Summary Judgment In Part, filed on May 23, 2025, in *Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928, ECF No. 32.

- Motion to Dismiss In Part and Motion for Summary Judgment In Part, filed on May 23, 2025, in *Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850, ECF No. 33.

- Motion to Dismiss In Part and Motion for Summary Judgment In Part, filed on May 23, 2025, in *Jennifer Lane v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661, ECF No. 25.

- Motion to Dismiss In Part and Motion for Summary Judgment In Part, filed on May 23, 2025, in *Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927, ECF No. 32.

- Motion to Dismiss In Part and Motion for Summary Judgment In Part, filed on May 23, 2025, in *Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882, ECF No. 25.

- Motion to Dismiss In Part and Motion for Summary Judgment In Part, filed on May 23, 2025, in *Matthew Tortorici v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03847, ECF No. 28.

Each of the aforementioned motions apply equally to the claims brought against Messrs. Monsees and Bowen, and Messrs. Monsees and Bowen join these motions in full.

1

Monsees & Bowen's Notice and Joinder in JLI's and NMDs' MTD, MSJ, and Motions for Judgment on the Pleadings
Case No.: 19-Md-02913-Who

Additionally, Messrs. Monsees and Bowen hereby join in the following motions filed by the Non-Management Director Defendants Riaz Valani, Nicholas Pritzker, and Hoyoung Huh ("NMDs"):

- Motion for Summary Judgment and Judgment on the Pleadings Against Cole Aragona, filed on May 23, 2025, in *Cole Aragona v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01928, ECF No. 30.
- Motion for Summary Judgment and Judgment on the Pleadings Against Jordan Dupree, filed on May 23, 2025, in *Jordan Dupree v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03850, ECF No. 30.
- Motion for Summary Judgment and Judgment on the Pleadings Against Victoria Cunningham and Jennifer Lane, filed on May 23, 2025, in *Jennifer Lane v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661, ECF No. 23.
- Motion for Summary Judgment and Judgment on the Pleadings Against Bailey Legacki, filed on May 23, 2025, in *Bailey Legacki v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-01927, ECF No. 30.
- Motion for Summary Judgment and Judgment on the Pleadings Against Carson Sedgwick, filed on May 23, 2025, in *Carson Sedgwick v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03882, ECF No. 23.
- Motion for Summary Judgment and Judgment on the Pleadings Against Matthew Tortorici, filed on May 23, 2025, in *Matthew Tortorici v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-03847, ECF No. 26.

Specifically, Messrs. Monsees and Bowen join in the NMDs' arguments for judgment on the pleadings, which apply equally to Messrs. Monsees and Bowen. In particular, the NMDs' arguments apply to Messrs. Monsees and Bowen for the following reasons.

(a) None of Plaintiffs' strict liability claims are cognizable against Messrs. Monsees and Bowen, who are not manufacturers or sellers of JUUL products and who, at all times, acted exclusively through the corporate product manufacturer (JLI) and not in a way that was

distinct from JLI.  Messrs. Monsees and Bowen are unaware of any cases holding an individual officer or employee of a corporate manufacturer strictly liable for alleged actions that were taken only through the corporate product manufacturer.  Indeed, the few cases that involved attempts to bring claims against individuals under these statutes support dismissing these Plaintiffs' claims.  For example, in *Reeves v. AcroMed Corp.*, 103 F.3d 442, 449 (5th Cir. 1997), the court rejected claims under the Louisiana Product Liability Act brought against an individual defendant who had "invented [the product at issue] and served as chairman of the board" of the manufacturer.  *Id.*  Likewise, in *Chism v. CNH America, LLC*, the court dismissed a product liability-based complaint against the president and owner of a company that marketed, distributed, and sold hay balers.  No. 2:07CV00150JLH, 2008 WL 495878, at *3 (E.D. Ark. Feb. 20, 2008) ("There is no reasonable basis for believing that the Supreme Court of Arkansas would hold that an individual employee of a person or entity who is . . . a supplier under the Arkansas Products Liability Act would be liable, along with the employer, as a . . . supplier under the Arkansas Products Liability Act.").

(b) In *Jennifer Lane v. Juul Labs, Inc. et al.*, Case No. 3:20-cv-04661, the Tennessee Products Liability Act ("TPLA") preempts Plaintiff's claims against Messrs. Monsees and Bowen, who are not manufacturers or sellers under the TPLA.

Messrs. Monsees and Bowen reserve all rights to file other joinders and additional motions.

Dated: May 27, 2025

JAMES N. KRAMER
KEVIN M. ASKEW
**Orrick, Herrington & Sutcliffe LLP**

By: _____*/s/ James N. Kramer*_____
JAMES N. KRAMER

Attorneys for Defendant
James Monsees

3

MONSEES & BOWEN'S NOTICE AND JOINDER
IN JLI'S AND NMDS' MTD, MSJ, AND
MOTIONS FOR JUDGMENT ON THE PLEADINGS
CASE NO.: 19-MD-02913-WHO

Dated: May 27, 2025

EUGENE ILLOVSKY
KEVIN CALIA
SHARON FRASE
**Illovsky Gates & Calia LLP**

By: _____*/s/ Eugene Illovsky*_____
       EUGENE ILLOVSKY

Attorneys for Defendant
Adam Bowen

4

Monsees & Bowen's Notice and Joinder
in JLI's and NMDs' MTD, MSJ, and
Motions for Judgment on the Pleadings
Case No.: 19-Md-02913-Who