1  Timothy S. Danninger (admitted *pro hac vice*)
2  Timothy J. McGinn (admitted *pro hac vice*)
   *Attorneys for Juul Labs, Inc.*
3  GUNSTER, YOAKLEY & STEWART, P.A.
   1 Independent Drive, Suite 2300
4  Jacksonville, FL 32202
   Tel.: (904) 354-1980
5  tdanninger@gunster.com
   tmcginn@gunster.com
6

7

8                    **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10 | IN RE: JUUL LABS, INC., MARKETING | Case No. 3:19-md-02913-WHO |
11 | SALES PRACTICES, AND PRODUCTS | |
   | LIABILITY LITIGATION | Hon. William H. Orrick |
12 | | |
13 | *This Document Relates to:* | **STIPULATION AND [~~PROPOSED~~]** |
   | | **ORDER REGARDING BRIEFING** |
14 | *Cole Aragona v. Juul Labs, Inc., et al.*, Case No. | **SCHEDULE <u>AS AMENDED</u>** |
   | 3:20-cv-01928-WHO | |
15 | | |
16 | *Jennifer Lane et al. v. Juul Labs, Inc., et al.*, Case | |
   | No. 3:20-cv-04661-WHO | |
17 | | |
18 | *Bailey Legacki v. Juul Labs, Inc., et al.*, Case No. | |
   | 3:20-cv-01927-WHO | |
19 | | |
20 | *Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case | |
   | No. 3:19-cv-06344-WHO | |
21 | | |
   | *Carson Sedgwick v. Juul Labs, Inc., et al.*, Case | |
22 | No. 3:20-cv-03882-WHO | |

23        The undersigned Parties stipulate and agree, subject to the Court's approval, to a revised

24 briefing schedule concerning the dispositive motions contemplated by CMO 17 and CMO 19 in

25 the above-captioned actions, and in support thereof state as follows:

26        **WHEREAS**, on May 23, 2025, the defendants filed certain initial dispositive motions

27 pursuant to CMO 17 and CMO 19.

28                                    1

**WHEREAS**, on July 25, 2025, Plaintiffs filed oppositions to these dispositive motions.

**WHEREAS**, the deadline for the JLI and Altria defendants to file their replies in further support of their initial dispositive motions is August 22, 2025, and the deadline for the Non-Management Director defendants to file their replies is August 27, 2025.

**WHEREAS**, the Court has set a hearing on these dispositive motions for September 24, 2025, at 10 a.m.

**WHEREAS**, Plaintiffs' counsel has a conflict on September 24, 2025, due to the religious observance of the Rosh Hashanah holiday, and intends to move to reset the hearing for October 29, 2025.

**NOW THEREFORE**, subject to the Court's approval, the Parties hereby **STIPULATE** and **AGREE**, through their undersigned counsel, as follows:

1.     The deadline for the defendants to file their replies in further support of their dispositive motions in the above-captioned actions is extended to September 19, 2025.

Dated: August 21, 2025                                                Respectfully submitted,

By: */s/ Timothy J. McGinn*                                       By: */s/ Jeffrey L. Haberman*
Timothy S. Danninger (*pro hac vice*)                        Scott P. Schlesinger, (*pro hac vice*)
Timothy J. McGinn (*pro hac vice*)                          Jonathan R. Gdanski, (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**           Jeffrey L. Haberman, (*pro hac vice*)
1 Independent Drive, Suite 2300                                **SCHLESINGER LAW OFFICE, P.A.**
Jacksonville, 32204                                                    1212 SE Third Avenue
Telephone: (904) 354-1980                                        Fort Lauderdale, FL 33317
tdanninger@gunster.com                                           Tel: (954) 467-8800
tmcginn@gunster.com                                              scott@schlesingerlaw.com
                                                                              jgdanski@schlesingerlaw.com
*Attorneys for Defendant Juul Labs, Inc.*                   jhaberman@schlesingerlaw.com

                                                                              By: */s/ Martin Schmidt*
                                                                              Martin Schmidt, SBN 171673
                                                                              SCHMIDT NATIONAL LAW GROUP
                                                                              3033 Fifth Avenue, Suite 335
                                                                              San Diego, CA 92103
                                                                              Tel: (800) 631-5656
                                                                              Fax: (619) 393-1777

                                                                              *Attorneys for Plaintiffs*

By: */s/ Michael J. Guzman*
Mark C. Hansen
Michael J. Guzman
David L. Schwarz
**KELLOGG, HANSEN, TODD, FIGEL &**
**FREDERICK, P.L.L.C.**
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910
mguzman@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Riaz*
*Valani, and Hoyoung Huh*

By: */s/ David E. Kouba*
David E. Kouba, (*pro hac vice*)
**ARNOLD & PORTER KAY SCHOLER, LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: (202) 942-5230
Fax: (202) 942-5999
david.kouba@arnoldporter.com

By: */s/ Lauren S. Wulfe*
Lauren S. Wulfe, SBN 287592
**ARNOLD & PORTER KAYE SCHOLER**
**LLP**
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4000
lauren.wulfe@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc.,*
*Philip Morris USA Inc., Altria Client Services*
*LLC, Altria Distribution Company, and Altria*
*Enterprises LLC*

By: */s/ James Kramer*
James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE**
**LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com
cmalone@orrick.com
kaskew@orrick.com

*Attorneys for Defendant James Monsees*

By: */s/ Eugene Illovsky*
Eugene Illovsky
Kevin Calia
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@illovskygates.com
kevin@illovskygates.com

*Attorneys for Defendant Adam Bowen*

3

1
2
3
4
5
6
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
7
8
IN RE: JUUL LABS, INC., MARKETING
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

Case No. 3:19-md-02913-WHO

9
10
Hon. William H. Orrick

11
*This Document Relates to:*

**[~~PROPOSED~~] ORDER REGARDING
BRIEFING SCHEDULE <u>& RESET
HEARING DATE</u>**

12
*Cole Aragona v. Juul Labs, Inc., et al.*, Case No.
3:21-cv-01928-WHO

13
14
*Jennifer Lane et al. v. Juul Labs, Inc., et al.*, Case
No. 3:20-cv-04661-WHO

15
16
*Bailey Legacki v. Juul Labs, Inc., et al.*, Case No.
3:20-cv-01927-WHO

17
18
*Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case
No. 3:19-cv-06344-WHO

19
*Carson Sedgwick v. Juul Labs, Inc., et al.*, Case
No. 3:20-cv-03882-WHO

20
21
      **PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY**

**ORDERED:**

22
23
      The deadline for the defendants to file their replies in further support of their dispositive

motions in the above-captioned actions is extended to September 19, 2025.

24
25
      <u>**The hearing on all pending motions is reset to October 31, 2025 at 9:30 a.m. by**</u>

26
<u>**videoconference. The Court resets the hearings in the two other opt-out cases (Case No. 20-**</u>

27
28

4

**cv-03847 and Case No. 20-cv-3850) from October 29, 2025 to October 31, 2025 at 9:30 a.m. by videoconference**.

DATED: August 25, 2025

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

5

[~~Proposed~~] Order Regarding Briefing Schedule
Case No. 3:19-md-02913-WHO