Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO<br><br>Hon. William H. Orrick |
| *This Document Relates to:* | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |
| *Cole Aragona v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01928-WHO | |
| *Jennifer Lane et al. v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-04661-WHO | |
| *Bailey Legacki v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01927-WHO | |
| *Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO | |
| *Carson Sedgwick v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03882-WHO | |

The undersigned Parties stipulate and agree, subject to the Court's approval, to a revised briefing schedule concerning the dispositive motions contemplated by CMO 17 and CMO 19 in the above-captioned actions, and in support thereof state as follows:

**WHEREAS**, on May 23, 2025, the defendants filed certain initial dispositive motions pursuant to CMO 17 and CMO 19.

1

**WHEREAS**, on July 25, 2025, Plaintiffs filed oppositions to these dispositive motions.

**WHEREAS**, the deadline for Juul Labs, Inc., James Monsees, Adam Bowen, Hoyoung Huh, Nicholas Pritzker, and Riaz Valani to file their replies in further support of their initial dispositive motions is September 19, 2025.

**WHEREAS**, the Court has set a hearing on these dispositive motions for October 31, 2025, at 9:30 a.m.

**NOW THEREFORE**, subject to the Court's approval, the Parties hereby **STIPULATE** and **AGREE**, through their undersigned counsel, as follows:

1. The deadline for Juul Labs, Inc., James Monsees, Adam Bowen, Hoyoung Huh, Nicholas Pritzker, and Riaz Valani to file their replies in further support of their dispositive motions in the above-captioned actions is extended to September 26, 2025.

Dated: September 17, 2025

By: */s/ Timothy J. McGinn*
Timothy S. Danninger (*pro hac vice*)
Timothy J. McGinn (*pro hac vice*)
**GUNSTER YOAKLEY & STEWART, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, 32204
Telephone: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

*Attorneys for Defendant Juul Labs, Inc.*

Respectfully submitted,

By: */s/ Jeffrey L. Haberman*
Scott P. Schlesinger, (*pro hac vice*)
Jonathan R. Gdanski, (*pro hac vice*)
Jeffrey L. Haberman, (*pro hac vice*)
**SCHLESINGER LAW OFFICE, P.A.**
1212 SE Third Avenue
Fort Lauderdale, FL 33317
Tel: (954) 467-8800
scott@schlesingerlaw.com
jgdanski@schlesingerlaw.com
jhaberman@schlesingerlaw.com

By: /s/ *Martin Schmidt*
Martin Schmidt, SBN 171673
SCHMIDT NATIONAL LAW GROUP
3033 Fifth Avenue, Suite 335
San Diego, CA 92103
Tel: (800) 631-5656
Fax: (619) 393-1777

*Attorneys for Plaintiffs*

By: */s/ Michael J. Guzman*
Mark C. Hansen
Michael J. Guzman
David L. Schwarz
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square, 1615 M St., N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7910
mguzman@kellogghansen.com

*Attorneys for Defendants Nicholas Pritzker, Riaz Valani, and Hoyoung Huh*

By: */s/ Kevin Askew*
James Kramer
Catherine Malone
Kevin Askew
**ORRICK HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
jkramer@orrick.com
cmalone@orrick.com
kaskew@orrick.com

*Attorneys for Defendant James Monsees*

By: */s/ Kevin Calia*
Eugene Illovsky
Kevin Calia
**ILLOVSKY GATES & CALIA LLP**
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 500-6643
eugene@illovskygates.com
kevin@illovskygates.com

*Attorneys for Defendant Adam Bowen*

Timothy S. Danninger (admitted *pro hac vice*)
Timothy J. McGinn (admitted *pro hac vice*)
*Attorneys for Juul Labs, Inc.*
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Tel.: (904) 354-1980
tdanninger@gunster.com
tmcginn@gunster.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO<br><br>Hon. William H. Orrick |
| *This Document Relates to:* | **ORDER REGARDING BRIEFING SCHEDULE** |
| *Cole Aragona v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01928-WHO | |
| *Jennifer Lane et al. v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-04661-WHO | |
| *Bailey Legacki v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-01927-WHO | |
| *Erin NesSmith et al. v. Juul Labs, Inc., et al.*, Case No. 3:19-cv-06344-WHO | |
| *Carson Sedgwick v. Juul Labs, Inc., et al.*, Case No. 3:20-cv-03882-WHO | |

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED:**

The deadline for Juul Labs, Inc., James Monsees, Adam Bowen, Hoyoung Huh, Nicholas Pritzker, and Riaz Valani to file their replies in further support of their dispositive motions in the above-captioned actions is extended to September 26, 2025.

4

DATED: September 18, 2025

HONORABLE WILLIAM H. ORRICK
United States District Judge